# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

IN RE:

RICHARD HINGER

Debtor

_____/

CHAPTER 13
CASE NO: 16-41836
JUDGE: Shefferly

## ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS
## FOR FAILURE TO MAKE PAYMENTS UNDER CHAPTER 13 PLAN

    THIS MATTER having come before the Court based upon the Stipulation of the Debtor, Richard Hinger, and the Chapter 13 Standing Trustee to the entry of an Order Resolving Trustee's Motion to Dismiss for Failure to Make Payments Under Chapter 13 Plan, and the Court having found that the proposed Order is in accordance with the law, and notice not being required as the modification does not adversely affect creditors it is hereby:

    ORDERED AND ADJUDGED that no later than August 15, 2018, Debtor will file a Notice of Conversion of this proceeding to Chapter 7 of the United States Bankruptcy Code. If Debtor does not file the Notice of Conversion within the time permitted by this order, this case may be dismissed without further notice or hearing on the filing of an Affidavit of the Chapter 13 Trustee.

**Signed on July 11, 2018**

/s/ Marci B. McIvor
**Marci B. McIvor**
**United States Bankruptcy Judge**